# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WELLS FARGO BANK,

      Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

      Defendant(s).

2:13-CV-1375 JCM (PAL)

## ORDER

Presently before the court is Magistrate Judge Peggy Leen's report and recommendation. (Doc. # 12). The magistrate judge recommends that plaintiff Wells Fargo Bank, N.A.'s complaint be dismissed unless plaintiff files a certificate of interested parties by October 31, 2013. No objections to the report and recommendation were filed.

Plaintiff filed a certificate of interested parties on October 29, 2013, in compliance with the magistrate judge's condition. Accordingly, the court ADOPTS the report and recommendation (doc. # 12) in its entirety, and will permit the case to proceed.

IT IS SO ORDERED November 18, 2013.

                                                            James C. Mahan

                                                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**